UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 05-CR-20859

    Plaintiff,

-vs-   ORDER

LEONARDO A. MORA-RODRIGUEZ,

    Defendant.
_____/

THIS CAUSE having come before this Court upon Defendant's Joint Motion to Mitigate Defendant's Sentence, it is hereby

ORDERED AND ADJUDGED that the Defendant's sentence of six (6) months in the custody of the Bureau of Prisons is hereby reduced to three (3) months in the custody of the Bureau of Prisons. The Defendant is to surrender on April 1st, 2008 before 2:00 p.m. at the United States Marshal's office in Miami, Florida.

DONE AND ORDERED in Miami, Florida this 28 day of March, 2008.

PAUL C. HUCK,
United States District Court Judge