UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO: 05-CR-20859-HUCK

    Plaintiff,

-vs-                                                          ORDER

LEONARDO A. MORA-RODRIGUEZ,

    Defendant.
_____/

THIS CAUSE having come before this Court on defendant's Motion to Exonerate Bond, it is

ORDERED AND ADJUDGED that the defendant, Leonardo A. Mora-Rodriguez's bond is hereby exonerated. That the Clerk of the United States District Court is hereby ordered to refund the $100,000.00 posted as bond in this case to Frank A. Rubino, Esquire, P.A.

DONE AND ORDERED at Miami, Florida this 10 day of June, ~~April~~ 2008.

PAUL C. HUCK,
United States District Court Judge

1