UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-20859-Cr-Huck

UNITED STATES OF AMERICA

vs.

LEONARDO A. MORA-RODRIGUEZ,

Defendant.
_____/

## ORDER TO RELEASE DEFENDANT AND TURN OVER TRAVEL DOCUMENTS

**THIS CAUSE** came before this Court upon the joint oral motion of the Defendant and the United States Attorney's Office requesting that this Court issue an Order requiring the Bureau of Customs and Border Protection to release the body of the defendant and to turn over all of the Defendant's travel documents to personnel of the Bureau of Immigration and Customs Enforcement. The Court having considered the joint motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion is **GRANTED**.

**IT IS ORDERED** that the Bureau of Customs and Border Protection is to turn over the body of the Defendant, release any Detainer still lodged, and to release all of the Defendant's travel documents to the custody of personnel of the Bureau of Immigration and Customs Enforcement;

**IT IS FURTHER ORDERED** that the Bureau of Prisons, Federal Detention Center, and the U.S. Marshall's Service is to turn over the body of the Defendant to personnel of the Bureau of Immigration and Customs Enforcement; and

**IT IS FURTHER ORDERED** that personnel of the Bureau of Immigration and Customs Enforcement is take possession of the body of the Defendant and to escort him to Miami

International Airport so that the Defendant may self-deport to Colombia.

**DONE AND ORDERED** at Miami-Dade County, Florida this 27th day of June, 2008.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Jon May, Esq.
Harold E. Schimkat, AUSA

2